## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In RE:

VICTOR L. BOSTON,  
JULIE A. BOSTON,

        Debtors.

Case No.: 11-60555  
Chapter 13

## ORDER DENYING CLAIM

This matter came before the court on the motion Julie and Victor Boston as debtors herein, seeking an order of the court denying certain claims filed in this case. Based upon the file, record and proceedings herein,

IT IS HEREBY ORDERED:

1. The debtors' motion seeking denial of claims is Granted. The following claims are denied in their entireties:

    a. Claim 4-1 filed by Steven H. Bruns on behalf of Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, in the amount of $144,544.04.

2. Bank of America may file a new claim per the valid Modification Agreement entered into by the Debtor and Countrywide Home Mortgage Company.

Dated: June 26, 2012

/e/ Dennis D. O'Brien  
_____  
Judge Dennis D. O'Brien  
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND  
FILING ORDER OR JUDGMENT  
Filed and Docket Entry made on *06/26/2012*  
Lori Vosejpka, Clerk, By DLR, Deputy Clerk